IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

RONALD D. THOMPSON,

      Appellant,

v.                              Case No.  5D16-1558

STATE OF FLORIDA,

      Appellee.

_____/

Opinion filed July 19, 2016

3.850 Appeal from the Circuit
Court for St. Johns County,
J. Michael Traynor, Judge.

Ronald D. Thompson, Lake Butler, pro se.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Kristen L. Davenport,
Assistant Attorney General, Daytona
Beach, for Appellee.


PER CURIAM.


      AFFIRMED.  See Fla. R. App. P. 9.315(a).


PALMER, ORFINGER, and EVANDER, J.J., concur.